# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MIDWEST ATHLETICS AND** | : | **CIVIL ACTION** |
| **SPORTS ALLIANCE LLC** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **RICOH USA, INC.** | : | **NO. 19-514** |

## ORDER

**NOW**, this 25th day of July, 2019, upon consideration of the Motion for Leave to File Second Amended Complaint (Document No. 98), the defendant's response, the defendant's reply, and the plaintiff's sur-reply, it is **ORDERED** that the motion is **DENIED**.

/s/ TIMOTHY J. SAVAGE J.