# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MIDWEST ATHLETICS AND** | : | **CIVIL ACTION** |
| **SPORTS ALLIANCE LLC** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **RICOH USA, INC.** | : | **NO. 19-514** |

## ORDER

**NOW**, this 25th day of July, 2019, upon consideration of Defendant Ricoh USA, Inc.'s Motion for Dismissal of the Pentachrome Patents Pursuant to FRCP 12(C) (Document No. 101), the plaintiff's response, and the defendant's reply, it is **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that all claims in the amended complaint relating to the Pentachrome patents (U.S. Patent Nos. 7,502,582; 7,720,425; and 8,005,415), are **DISMISSED**.

/s/ TIMOTHY J. SAVAGE J.