# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MIDWEST ATHLETICS AND** | : | **CIVIL ACTION** |
| **SPORTS ALLIANCE LLC** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **RICOH USA, INC.** | : | **NO. 19-514** |

## ORDER

**NOW**, this 26th day of August, 2019, upon consideration of the parties' proposed Stipulated Protective Order, it is **ORDERED** that the proposed order is **NOT APPROVED**.

/s/ TIMOTHY J. SAVAGE J.