IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MIDWEST ATHLETICS AND SPORTS ALLIANCE LLC**, <br><br> *Plaintiff,* <br><br> v. <br><br> **RICOH USA, INC.,** <br><br> *Defendant.* | Case No. 2:19-cv-00514-JDW |

## ORDER

**AND NOW**, this 16th day of September, 2020, upon consideration of Defendant Ricoh USA, Inc.'s Joint Discovery Dispute Letters (ECF Nos. 165, 166, and 170), which the Court treats as a Motion to Compel the Production of Documents, and for the reasons set forth in the accompanying Memorandum, the Court **ORDERS** that Defendant's Motion to Compel is **GRANTED IN PART** and **DENIED IN PART**.  Within seven (7) days of this Order, Plaintiff shall produce to Defendant Document Nos. 9a, 14-14d, 14f-14t, 15-20e, 20i, 20k, 20m-25p, 26a-26f, 26k-26p, 27a-27b, 28a-28b, 30-30r, 30t, 30w-32l, 36, 38-38a, 40, 41-50, and 52 listed on its Amended Privilege Log (ECF No. 170-2).

It is **FURTHER ORDERED** that within seven (7) days of this Order, Plaintiff shall provide to Defendant a supplemental privilege log for Document Nos. 1-9, 10-13, 14e, 14u-14v, 20f-20h, 20j, 20l, 26, 26g-26j, 27, 27c-28, 28c-29b, 30s, 30u-30v, 33-35e, 37-37h, 38b-39, 40a-40c, 51, 53-58, and any other documents it is withholding on the basis of privilege.  Plaintiff shall produce to Defendant any documents that it no longer contends are privileged, in light of the Court's accompanying Memorandum.

It is **FURTHER ORDERED** that within seven (7) days of this Order, Plaintiff shall identify for Defendant any valuation documents it has withheld, including their subject matter, so that the parties can continue to meet and confer on this issue.

                                            **BY THE COURT:**

                                            */s/ Joshua D. Wolson*
                                            JOSHUA D. WOLSON, J.