IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MIDWEST ATHLETICS AND SPORTS ALLIANCE LLC**, <br><br> *Plaintiff,* <br><br> v. <br><br> **RICOH USA, INC.,** <br><br> *Defendant.* | Case No. 2:19-cv-00514-JDW |

## ORDER

AND NOW, this 21st day of October, 2020, for the reasons stated in the accompanying Memorandum, it is **ORDERED** that the Court construes the following claim terms of the following patents: (1) U.S. Patent No. 6,203,005 ('3005 Patent); (2) U.S. Patent No. 6,411,314 ('314 Patent); (3) U.S. Patent No. 6,509,974 ('974 Patent); (4) U.S. Patent No. 6,554,269 ('269 Patent); (5) U.S. Patent No. 6,718,285 ('285 Patent); (7) U.S. Patent No. 7,502,582 ('582 Patent); (7) U.S. Patent No. 7,720,425 ('425 Patent); (8) U.S. Patent No. 8,019,255 ('255 Patent); and (9) U.S. Patent No. 6,799,005 ('9005 Patent).

| Claim Term | Court's Construction |
|---|---|
| Contested Terms For Construction ||
| "a first guide plate pivotable at least substantially about said axis" ('3005 Patent, Claim 2) | Claim term is indefinite |
| "document ticket object" ('314 Patent, Claims 1, 51) | No construction necessary; plain and ordinary meaning |

| Claim Term | Court's Construction |
|---|---|
| "a first user input device for selectively associating at least two of said first, second and third visual representations" ('314 Patent, Claim 1) | "A hardware device for selectively associating at least two of said first, second, and third visual representations |
| "wherein association of said first, second, and third visual representations results in association of said respective objects" ('314 Patent, Claim 1) | No construction necessary; plain and ordinary meaning |
| "means for receiving content and formatting instructions for formatting said content, said formatting instructions comprising instruction means for sub-dividing said content into one or more pages" ('314 Patent, Claim 62) | Subject to 35 U.S.C. § 112, ¶ 6<br><br>Function: "receiving content and instructions for the content, including instructions for sub-dividing the content into one-or-more pages"<br><br>Structure: "workflow software with a user interface" |
| "means for receiving output instructions for controlling output of said content to an output device" ('314 Patent, Claim 62) | Subject to 35 U.S.C. § 112, ¶ 6<br><br>Function: "receiving output instructions for controlling output of the content to an output device"<br><br>Structure: "workflow software with a user interface" |
| "means for representing said content and formatting instructions on a display as a first manipulatable object" ('314 Patent, Claim 62) | Subject to 35 U.S.C. § 112, ¶ 6<br><br>Function: "representing the content and formatting instructions on a display as a first manipulatable object"<br><br>Structure: "workflow software with a user interface" |
| "means for representing said output instructions on said display as a second manipulatable object" ('314 Patent, Claim 62) | Subject to 35 U.S.C. § 112, ¶ 6<br><br>Function: "representing the output instructions on the display as a second manipulatable object"<br><br>Structure: "workflow software with a user interface" |

| Claim Term | Court's Construction |
|---|---|
| "means for selectively associating said first manipulatable object with said second manipulatable object to associate said output instructions with said content and formatting instructions" ('314 Patent, Claim 62) | Subject to 35 U.S.C. § 112, ¶ 6<br><br>Function: "selectively associating the first manipulatable object with the second manipulatable object to associate the output instructions with the content and formatting instructions"<br><br>Structure: "workflow software with a user interface" |
| "means for representing said association on said display as a third manipulatable object" ('314 Patent, Claim 62) | Subject to 35 U.S.C. § 112, ¶ 6<br><br>Function: "representing the association on the display as a third manipulatable object"<br><br>Structure: "workflow software with a user interface" |
| "exception page" ('974 Patent, Claims 1, 2) | "page of a document that is separate from the main portion of a document to be printed" |
| "input device" ('974 Patent, Claim 2) | "a hardware device that sends data to the computer" |
| "the plurality of documents are merged to create the single document, where the plurality of documents comprise a main portion and at least one exception page, where the printing of the main portion is delayed at a production device associated with the single document, while the at least one exception page is printed at an alternate output device where the production device prints the main portion and where the production device collates the at least one exception page with the main portion" ('974 Patent, Claim 2) | No construction necessary; plain and ordinary meaning |
| "first position" and "second position" ('269 Patent, Claim 1) | Claim terms are indefinite |
| "operator replaceable component (ORC) devices" ('285 Patent, Claims 1, 14) | "devices within the printer that a typical operator of the printer can replace and that wear with use" |

| Claim Term | Court's Construction |
|---|---|
| "determining a remaining life span for the operator replaceable component device having the shortest expected life span" ('285 Patent, Claim 14) | "determining a remaining life span for the operator replaceable component device having the shortest remaining life" |
| "a use mechanism coupled to each said computations element and said ORC devices, said use mechanism tracking use of at least one of said ORC devices using a predetermined parameter" ('285 Patent, Claim 1) | Governed by 35 U.S.C. § 112, ¶ 6:<br><br>Function: "tracking use of at least one of said ORC devices using a predetermined parameter"<br><br>Structure: "A controller, with a database management system, coupled to each computational element and ORC device and that is programmed to (1) receive data for each ORC device detailing the ORC device's usage and (2) maintain an object file for each ORC device indicating the remaining life of the ORC device based on customer usage." |
| "a comparison mechanism that compares use of said ORC devices to said expected life span … where said expected life span for a single of said ORC devices is the shortest expected life span" ('285 Patent, Claim 1) | No construction necessary; plain and ordinary meaning |
| "inverse mask" ('582 Patent, Claim 1) | "coat of clear toner to create a balanced image where the amount of clear toner applied depends on the receiver and the image on which it is applied" |
| "an alignment device to align the two or more printing engines in the cross track direction (z direction) relative to the receiver path cross track reference based on the measurement" ('255 Patent, Claim 1) | Governed by 35 U.S.C. § 112, ¶ 6:<br><br>Function: "aligning the two or more printing engines in the cross track direction (z direction) relative to the receiver path cross track reference based on the measurement"<br><br>Structure: "Alignment pins and holes to horizontally align the components and additional spacers to allow the modules to be aligned vertically" |

4

| **Claim Term** | **Court's Construction** |
|---|---|
| Agreed Constructions ||
| "improved steps" ('269 Patent, Claim 1) | The "improved steps" are (a) "moving the sheet at least partially from the sheet supply stack" and (b) "replacing the sheet on the sheet supply stack" |
| "at a time when the known steps are not in process" ('269 Patent, Claim 1) | "during the time period when the sheet is not in, or being moved to, the first and/or second positions" |
| "pre-selecting" ('9005 Patent, Claim 1) | "selecting prior to printing the print job" |

**BY THE COURT:**

*/s/ Joshua D. Wolson*
HON. JOSHUA D. WOLSON
United States District Judge