IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MIDWEST ATHLETICS AND SPORTS ALLIANCE LLC**, <br><br> *Plaintiff,* <br><br> v. <br><br> **RICOH USA, INC.,** <br><br> *Defendant.* | Case No. 2:19-cv-00514-JDW |

### ORDER

**AND NOW**, this 10th day of March, 2021, upon consideration of Defendant Ricoh USA, Inc.'s Motion for Leave to File Documents Under Seal (ECF No. 190), Supplemental Motion for Leave to file Document Under Seal (ECF No. 191), Second Supplemental Motion for Leave to File Document Under Seal (ECF No. 197), and Plaintiff Midwest Athletics and Sports Alliance LLC's Motion for Leave to File Documents Under Seal (ECF No. 192), and for the reasons set forth in the accompanying Memorandum, it is **ORDERED** that the Motions (ECF Nos. 190-192 & 197) are **DENIED**.

It is **FURTHER ORDERED** that on or before March 12, 2021, the Parties shall substitute each of the placeholders on the docket with public versions of the documents that were the subject of their respective Motions to Seal.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.