IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MIDWEST ATHLETICS AND SPORTS ALLIANCE LLC**, <br><br> *Plaintiff,* <br><br> v. <br><br> **RICOH USA, INC.**, <br><br> *Defendant.* | Case No. 2:19-cv-00514-JDW |

# ORDER

**AND NOW**, this 23rd day of August, 2021, upon consideration of Plaintiff Midwest Athletics and Sports Alliance LLC's Motion for Summary Judgment (ECF No. 193), Defendant Ricoh USA, Inc.'s Motion for Summary Judgment (ECF No. 195), and for the reasons set forth in the accompanying Memorandum, it is **ORDERED** as follows:

1. MASA's Motion for Summary Judgment (ECF No. 193) is **DENIED**;

2. Ricoh's Motion for Summary Judgment (ECF No. 195) is **GRANTED**;

3. Summary judgment is **ENTERED** in favor of Defendant Ricoh USA, Inc., and against Plaintiff MASA on MASA's claims for infringement of U.S. Patent Nos.: (a) 6,718,285; (b) 7,720,425; (c) 7,502,582; (d) 6,411,314; and (e) 6,509,974; and

4. The Clerk of Court shall mark this case **CLOSED** for statistical purposes.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.