IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MIDWEST ATHLETICS AND SPORTS ALLIANCE LLC**, <br><br> *Plaintiff,* <br><br> v. <br><br> **RICOH USA, INC.,** <br><br> *Defendant.* | Case No. 2:19-cv-00514-JDW |

### ORDER

**AND NOW**, this 18th day of April, 2023, upon consideration Defendant Ricoh USA, Inc.'s Motion For Fees Pursuant To 35 U.S.C. § 285 (ECF No. 228) and its Motion For Sanctions Pursuant To 28 U.S.C. § 1927 For Fees Previously Awarded Relating To The Pentachrome Patents (ECF No. 229), and for the reasons set forth in the accompanying Memorandum, it is **ORDERED** as follows:

1. Ricoh's Motion For Fees Pursuant To 35 U.S.C. § 285 (ECF No. 228) is **GRANTED**;

2. On or before May 3, 2023, Ricoh may file a fee petition for the attorneys' fees it incurred between October 30, 2019, and August 23, 2021, and MASA may file a response on or before May 17, 2023, but no one may submit further submissions;

2

3. Ricoh's Motion For Sanctions Pursuant To 28 U.S.C. § 1927 For Fees Previously Awarded Relating To The Pentachrome Patents (ECF No. 229) is **GRANTED IN PART** and **DENIED IN PART**, as follows:

a. The Motion is **GRANTED** with respect to Ricoh's request for attorneys' fees from Midwest Athletics and Sports Alliance, LLC, in the amount of $65,346.10; and

b. The Motion is otherwise **DENIED**.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.